**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EDWARD WYATT,

    Plaintiff,

vs.                                         CASE NO. 3:08-cv-264-J-32TEM

CITY OF JACKSONVILLE,

    Defendant.
_____

## **O R D E R**

This case is before the Court on Plaintiff's Unopposed Motion for Leave to Amend Pleading (Doc. #11, Motion to Amend). Plaintiff's counsel seeks to amend the originally filed complaint (Doc. #2) in order to conform with the pleading requirements Defendant brought into issue in its pending motion to dismiss (Doc. #3). Plaintiff's counsel avers that Defendant's counsel has no objection to the instant motion (Doc. #11 at 2).[1]

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15; *Foman v. Davis*, 371 U.S. 178, 182 (1962). In the language of the *Foman* Court,

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.– the leave sought should, as the rules require, be 'freely given.'

*Foman*, 371 U.S. at 182.

---

[1] Plaintiff originally filed a Motion for Leave to Amend Pleading (Doc. #9), which was opposed by Defendant because of procedural insufficiencies (Doc. #10). Those procedural deficiencies appear to have been corrected in Plaintiff's present Motion to Amend (Doc. #11). Accordingly, Plaintiff's original Motion for Leave to Amend Pleading (Doc. #9) shall be denied as moot and stricken from the record.

This Court finds Plaintiff's Motion to Amend (Doc. #11) not to be in bad faith, for purposes of delay, or for any suspect reason stated above. Defendant would not be prejudiced by the amended complaint, but is free to refute such at trial or in summary judgment proceedings. Thus, having reviewed this case, and for good cause shown, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion for Leave to Amend Pleading (Doc. #11) is **GRANTED.**

2. The **Clerk is directed to file Plaintiff's amended complaint**, which is attached to Plaintiff's Motion to Amend (Doc. #11).

3. **Plaintiff's original Motion for Leave to Amend Pleading (Doc. #9)** is **DENIED as moot** and shall be **STRICKEN** from the record.

4. The **Clerk is directed to terminate Defendant City of Jacksonville's Motion to Dismiss Plaintiff's Complaint (Doc. #3)**.

5. The granting of this motion shall not serve as a basis for seeking further extension of the deadlines established in the governance of this case.

**DONE AND ORDERED** at Jacksonville, Florida this __1st__ day of July, 2008.

Copies to:
Counsel of Record
*Pro Se* Parties (if any)

THOMAS E. MORRIS
United States Magistrate Judge